Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−21813−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Henry Wydner
   1062 State Route 57
   Port Murray, NJ 07865

Social Security No.:
   xxx−xx−8966

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/16/20 at 09:00 AM

to consider and act upon the following:

*36* − Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 1062 ROUTE 57, MANSFIELD TWP, NJ 07865. Fee Amount $ 181. filed by Creditor SPECIALIZED LOAN SERVICING LLC., Motion for Relief from Co−Debtor Stay of TERESA GEISSLER, 31 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of SPECIALIZED LOAN SERVICING LLC.. Objection deadline is 05/21/2020. (Attachments: # 1 Exhibit A − Agreed Order # 2 Exhibit B − Certification # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 5/15/20

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court