Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 17−21813−MBK
    Chapter: 13
    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Henry Wydner
   1062 State Route 57
   Port Murray, NJ 07865

Social Security No.:
   xxx−xx−8966

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/16/20 at 09:00 AM

to consider and act upon the following:

*36* − Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 1062 ROUTE 57, MANSFIELD TWP, NJ 07865. Fee Amount $ 181. filed by Creditor SPECIALIZED LOAN SERVICING LLC., Motion for Relief from Co−Debtor Stay of TERESA GEISSLER, 31 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of SPECIALIZED LOAN SERVICING LLC.. Objection deadline is 05/21/2020. (Attachments: # 1 Exhibit A − Agreed Order # 2 Exhibit B − Certification # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 5/15/20

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas Henry Wydner  
    Debtor

Case No. 17-21813-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: May 15, 2020  
                Form ID: ntchrgbk   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2020.
```
db          +Thomas Henry Wydner,    1062 State Route 57,    Port Murray, NJ 07865-4038
cr          +SPECIALIZED LOAN SERVICING LLC.,    Phelan Hallinan &Schmieg, PC,    400 Fellowship Road,
              Suite 100,    Mt. Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2020 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Craig Scott Keiser    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC.
               craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jonathan  Stone    on behalf of Debtor Thomas Henry Wydner jonstonelaw@gmail.com,
               bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
               nj.bkecf@fedphe.com
              Robert   Davidow    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC. nj.bkecf@fedphe.com
              Robert   Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```