Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17−21813−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Henry Wydner
   1062 State Route 57
   Port Murray, NJ 07865
Social Security No.:
   xxx−xx−8966
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/10/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 11, 2021
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-21813-MBK

Thomas Henry Wydner                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                    Page 1 of 3

Date Rcvd: Feb 11, 2021                Form ID: 148                            Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Henry Wydner, 1062 State Route 57, Port Murray, NJ 07865-4038 |
| cr | + | SPECIALIZED LOAN SERVICING LLC., Phelan Hallinan &Schmiege, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmiege, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516872926 | + | Equifax Credit Information Services, Inc, PO Box 740241, Atlanta, GA 30374-0241 |
| 516872927 | + | Experian, 4 Gatehill Drive, 3rd Floor, Parsippany, NJ 07054-4522 |
| 516872930 | + | Mansfield Township Tax Office, 100 Port Murray Road, Port Murray, NJ 07865-4020 |
| 516872931 | + | Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road - Suite 100, Mount Laurel, NJ 08054-3437 |
| 517427074 | + | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 516872938 | + | Transunion, 2 Baldwin Place, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 11 2021 22:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 11 2021 22:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516997482 | | EDI: BECKLEE.COM | Feb 12 2021 01:43:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516872915 | + | EDI: AMEREXPR.COM | Feb 12 2021 01:43:00 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516872914 | + | EDI: AMEREXPR.COM | Feb 12 2021 01:43:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516872917 | | EDI: BANKAMER.COM | Feb 12 2021 01:43:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 516872916 | + | EDI: BANKAMER.COM | Feb 12 2021 01:43:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516872919 | + | EDI: TSYS2.COM | Feb 12 2021 01:43:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 516872918 | + | EDI: TSYS2.COM | Feb 12 2021 01:43:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517054286 | | EDI: BL-BECKET.COM | Feb 12 2021 01:43:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516872921 | + | EDI: CITICORP.COM | Feb 12 2021 01:43:00 | Citibank / Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 516872920 | + | EDI: CITICORP.COM | Feb 12 2021 01:43:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516872923 | + | EDI: CITICORP.COM | | |

District/off: 0312-3                                User: admin                                Page 2 of 3
Date Rcvd: Feb 11, 2021                          Form ID: 148                          Total Noticed: 42

| | | | |
|---|---|---|---|
| | | Feb 12 2021 01:43:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516872922 | + | EDI: CITICORP.COM | |
| | | Feb 12 2021 01:43:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516973750 | | EDI: CRFRSTNA.COM | |
| | | Feb 12 2021 01:43:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 516872925 | + | EDI: CRFRSTNA.COM | |
| | | Feb 12 2021 01:43:00 | Credit First National Assoc, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 516872924 | + | EDI: CRFRSTNA.COM | |
| | | Feb 12 2021 01:43:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 516872929 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Feb 11 2021 22:08:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 516872928 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Feb 11 2021 22:08:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517111456 | + | EDI: MID8.COM | |
| | | Feb 12 2021 01:43:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517084527 | | EDI: PRA.COM | |
| | | Feb 12 2021 01:43:00 | Portfolio Recovery Associates, LLC, c/o L.L.Bean, POB 41067, Norfolk VA 23541 |
| 516876353 | + | EDI: RMSC.COM | |
| | | Feb 12 2021 01:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516872932 | + | EDI: RMSC.COM | |
| | | Feb 12 2021 01:43:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516872933 | + | EDI: RMSC.COM | |
| | | Feb 12 2021 01:43:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 516872934 | + | EDI: RMSC.COM | |
| | | Feb 12 2021 01:43:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516872935 | + | EDI: RMSC.COM | |
| | | Feb 12 2021 01:43:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 516872936 | + | EDI: RMSC.COM | |
| | | Feb 12 2021 01:43:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516872937 | + | EDI: RMSC.COM | |
| | | Feb 12 2021 01:43:00 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 516872941 | | EDI: WFFC.COM | |
| | | Feb 12 2021 01:43:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 516935938 | | EDI: WFFC.COM | |
| | | Feb 12 2021 01:43:00 | WELLS FARGO BANK, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 516872939 | + | EDI: WFFC.COM | |
| | | Feb 12 2021 01:43:00 | Wells Fargo Bank, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 516872940 | | EDI: WFFC.COM | |
| | | Feb 12 2021 01:43:00 | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 517061779 | | EDI: WFFC.COM | |
| | | Feb 12 2021 01:43:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Feb 11, 2021 | Form ID: 148 | Total Noticed: 42

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518864662 | *+ | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 517427075 | *+ | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021                    Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Craig Scott Keiser | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jonathan Stone | on behalf of Debtor Thomas Henry Wydner jonstonelaw@gmail.com  bkecf_stone@bkexpress.info;r43620@notify.bestcase.com |
| Michael Frederick Dingerdissen | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7